**Order entered May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01684-CV

**GLYNNWOOD BOWMAN, INDIVIDUALLY, ET AL., Appellants**

**V.**

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. F/K/A THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR RAMP 2006RS4, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01134**

## ORDER

We **GRANT** the May 13, 2014 motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **May 28, 2014**.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Ms. Dobbins and counsel for all parties.

/s/    ADA BROWN
          JUSTICE